(106 So. 917)

Walter HARRIS v. STATE. (6 Div. 692.) (Court of Appeals of Alabama. Dec. 8, 1925.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Violating prohibition law.

RICE, J. Appeal dismissed.

---

(106 So. 918)

Clarence HARRIS v. STATE. (7 Div. 133.) (Court of Appeals of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, Talladega County; R. B. Carr, Judge. Burglary.

BRICKEN, P. J. Appeal dismissed.

---

(110 So. 921)

Joe HARRIS v. STATE. (4 Div. 231.) (Court of Appeals of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Pike County; W. L. Parks, Judge. Distilling. L. H. Brassell, of Troy, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Affirmed.

---

(110 So. 921)

John HARRIS v. STATE. (5 Div. 617.) (Court of Appeals of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Chilton County; Geo. F. Smoot, Judge.

BRICKEN, P. J. This appellant was indicted, tried, and convicted of burglary and grand larceny. He was duly sentenced to an indeterminate term of imprisonment in the penitentiary of two to four years and appealed. The appeal is upon the record proper. This has been examined, and is regular in all things. The judgment of conviction, from which this appeal was taken, will stand affirmed. Affirmed.

---

(106 So. 918)

Thomas HARRISON v. STATE. (1 Div. 623.) (Court of Appeals of Alabama. Nov. 24, 1925.) Appeal from Circuit Court, Mobile County; C. A. Grayson, Judge.

BRICKEN, P. J. The conviction of this appellant was for the violation of the prohibition laws of the state. The prosecution originated in the recorder's court of Mobile. From a conviction in that court he appealed to the circuit court, and was there tried upon the original complaint and affidavit by consent of defendant No jury having been demanded, the cause was tried in the circuit court by the court without a jury. The judgment entry recites that defendant was adjudged guilty as charged, and the court assessed a fine of $250 against him. In default of the fine and costs, he was duly sentenced to perform hard labor for the county. From the judgment of conviction in the circuit court, he appeals to this court; the appeal being upon the record proper without a bill of exceptions. As the record is free of error, the judgment of conviction in the circuit court is affirmed. Affirmed.

---

(110 So. 921)

Elbert HAWKINS v. STATE. (5 Div. 639.) (Court of Appeals of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Chilton County; Geo. F. Smoot, Judge.

SAMFORD, J. Affirmed.

---

(106 So. 918)

J. E. HAYWOOD v. STATE. (7 Div. 153.) (Court of Appeals of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, Calhoun County; R. B. Carr, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. This appellant and another were charged with the offense of violating the prohibition law, by having possession of whisky. The prosecution originated in the county court, and upon arraignment the defendants demanded a trial by jury and executed an appearance bond to the circuit court. From a judgment of conviction of this appellant in the circuit court, this appeal, which is upon the record only, was taken. The proceedings as disclosed by the record appear to be regular in all things. No error appearing, the judgment of conviction appealed from is affirmed. Affirmed.

---

(106 So. 918)

Phillip HEMBREE v. STATE. (6 Div. 772.) (Court of Appeals of Alabama. Dec. 8, 1925.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge. Habeas corpus.

SAMFORD, J. Appeal dismissed.

---

(108 So. 924)

Lester HENDERSON v. CITY OF PHENIX CITY. (4 Div. 151.) (Court of Appeals of Alabama. May 13, 1926.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(108 So. 924)

D. HENDRIX v. STATE. (6 Div. 942.) (Court of Appeals of Alabama. April 22, 1926.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Distilling.

PER CURIAM. Appeal dismissed.

---

(110 So. 921)

J. K. HIGGINS v. STATE. (6 Div. 37.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Jefferson County; John P. McCoy, Judge.

BRICKEN, P. J. Appellant was convicted of being a vagrant, and appealed. There is no bill of exceptions. The record proper, upon which the appeal is predicated, is regular and without apparent error. The judgment of conviction in the circuit court is affirmed. Affirmed.